IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J.C.,

    Plaintiff,

v.                                      Case No. 4:20-cv-00283-AW-MAF

UNITED STATES OF AMERICA;
OFFICER JIMMY HIGHSMITH;
WARDEN T.A. JONES;
WARDEN CRAIG COIL;
SIS OFFICER RONALD PROFFITT;
OFFICER GEOFFREY BROWN;
OFFICER MANUEL PULIDO; and
NAKAMOTO GROUP, INC.

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE**

    Plaintiff, J.C., by and through the undersigned counsel, hereby files the Return of Service of Summons and Complaint served on the following person, date, and time:

| Name | Date Served |
|---|---|
| Nakamoto Group, Inc. | 8/10/20 |

    DATED this 19th day of August, 2020.

                                      */s/ Ryan J. Andrews*
                                      STEVEN R. ANDREWS (FBN 0263680)
                                      RYAN J. ANDREWS (FBN 104703)
                                      The Andrews Law Firm
                                      822 N Monroe St
                                      Tallahassee, FL 32303
                                      T: (850) 681-6416
                                      service@andrewslaw.com
                                      ryan@andrewslaw.com

                                      */s/Jay T. McCamic*
                                      Jay T. McCamic, Esq. (WVSB# 2386)
                                      McCamic Law Firm, PLLC
                                      80 12th Street, Ste. 305

P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
Calwell Luce diTrapano, PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com
Benjamin Adams, Esq. (WSB# 11454)
badams@cldlaw.com
Alex McLaughlin, Esq. (WVSB# 9696)
amclaughlin@cldlaw.com

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com

*Attorneys for Plaintiff*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00283-AW-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nakamoto Group, Inc.
was received by me on *(date)*  6/2/2020  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: A copy of the Summons and Complaint were served upon The Nakamoto Group, c/o Jennifer Nakamoto, Registered Agent, 3347 Eclipse Drive, Jefferson, MD 21755-7603, via U.S. Certified Mail, Return Receipt Requested. The Return Receipt was received by my office on August 17, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  8/18/2020

*Server's signature*

Ryan J. Andrews, Esq.
*Printed name and title*

Andrews Law Firm
822 North Monroe Street
Tallahassee, FL 32303
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ CPI ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>The Nakamoto Group, Inc.<br>c/o Jennifer Nakamoto, Registered Agent<br>3347 Eclipse Drive<br>Jefferson, MD 21755-7603<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5703 9346 8299 65 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0000 9620 2575 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5703 9346 8299 65

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED AUG 17 2020

The Law Offices of
STEVEN R. ANDREWS, P.A.
Attorneys at Law
822 North Monroe Street
Tallahassee, FL 32303

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage
$
Sent To   The Nakamoto Group, Inc.
Street    c/o Jennifer Nakamoto, Registered Agent
          3347 Eclipse Drive
City, St  Jefferson, MD 21755-7603

7020 0090 0000 9620 2575

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

## USPS Tracking®

FAQs >

Track Another Package +

Remove X

**Tracking Number:** 70200090000096202575

Your item was delivered to an individual at the address at 1:59 pm on August 10, 2020 in JEFFERSON, MD 21755.

⊘ **Delivered**

August 10, 2020 at 1:59 pm
Delivered, Left with Individual
JEFFERSON, MD 21755

Get Updates ⌄



---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**August 10, 2020, 1:59 pm**
Delivered, Left with Individual
JEFFERSON, MD 21755
Your item was delivered to an individual at the address at 1:59 pm on August 10, 2020 in JEFFERSON, MD 21755.

**August 10, 2020, 9:24 am**
Out for Delivery
JEFFERSON, MD 21755

**August 10, 2020, 9:13 am**
Arrived at Unit
JEFFERSON, MD 21755

**August 9, 2020, 6:26 pm**
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

**August 9, 2020**
In Transit to Next Facility

**August 7, 2020, 5:41 am**
Arrived at USPS Regional Facility
EASTON MD DISTRIBUTION CENTER

**August 4, 2020, 11:15 pm**
Departed USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

Feedback

**August 4, 2020, 11:10 pm**
Arrived at USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**