IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J.C.,

    Plaintiff,

v.                                                                               Case No. 4:20-cv-00283-AW-MAF

UNITED STATES OF AMERICA;
OFFICER JIMMY HIGHSMITH;
WARDEN T.A. JONES;
WARDEN CRAIG COIL;
SIS OFFICER RONALD PROFFITT;
OFFICER GEOFFREY BROWN;
OFFICER MANUEL PULIDO; and
NAKAMOTO GROUP, INC.

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE

    Plaintiff, J.C., by and through the undersigned counsel, hereby files the Return of Service of Summons, Complaint and Order Granting Motions for Stay and for Consolidation and Order Production of Names served on the following person, date, and time:

| Name | Date Served |
|---|---|
| Craig Coil | 10/1/2020 |

    */s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN 0263680)
RYAN J. ANDREWS (FBN 104703)
The Andrews Law Firm
822 N Monroe St

Tallahassee, FL 32303
T: (850) 681-6416
service@andrewslaw.com
ryan@andrewslaw.com

*/s/Jay T. McCamic*
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
Calwell Luce diTrapano, PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com
Benjamin Adams, Esq. (WSB# 11454)
badams@cldlaw.com
Alex McLaughlin, Esq. (WVSB# 9696)
amclaughlin@cldlaw.com

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic service on the following on 9th day of October, 2020, to:

Marie A. Moyle, Esq.
Kathryn W. Drey, Esq.
Mary Ann Couch, Esq.
Office of the United States Attorney
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
marie.moyle@usdoj.gov
kathryn.drey@usdoj.gov
mary.ann.couch@usdoj.gov

>                               */s/ Ryan J. Andrews*
>                               RYAN J. ANDREWS

## AFFIDAVIT OF SERVICE

| Case: 4:20-cv-00283-AW-MAF | Court: United States District Court for the Northern District OF Florida | County: | Job: 4949332 |
|---|---|---|---|
| **Plaintiff / Petitioner:** J.C. | | **Defendant / Respondent:** United States OF America, Jimmy HighSmith, Warden T.A. Jones, Warden Craig Coil, Sis officer Ronald Proffitt, Officer Geoffrey Brown, Office Manuel Pulido, and Nakamoto Group, Inc | |
| **Received by:** Medlock Process Server & Notary | | **For:** Andrews Law Firm | |
| **To be served upon:** Warden Craig Coil | | | |

I, Judy Jameson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Warden Craig Coil, 2999 US-61 , Woodville, Ms 39669
**Manner of Service:** Authorized, Oct 1, 2020, 4:17 pm CDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 1, 2020, 4:17 pm CDT at 2999 US-61 , Woodville, Ms 39669 received by Warden Craig Coil.
I was escorted through the prison gates by T. Going in the prison. Major M.Schoeltmer was called to the search area and he was served by myself.

*Judy Jameson* (signature)            10/08/2020
Judy Jameson                                   Date

Medlock Process Server & Notary
5260 CEDAR PARK DR SUITE E2
JACKSON, MS 39206-4131
(662) 5745195

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

**Date**            **Commission Expires**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00283-AW-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides th
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Major M. Schoeltmer
designated by law to accept service of process on behalf of *(name of organization)* Wilkinson Co. Co
on *(date)* October 01, 20 ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

*Judy Jameson*
Server's signature

Process Server
Printed name and title

Judy Jameson
PO Box 425
Brooksville MS 3973
Server's address

Additional information regarding attempted service, etc: