IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**J.C.,**

    **Plaintiff,**

v.                                            Case No. 4:20-cv-283-AW-MAF

**UNITED STATES OF AMERICA,**
**et al.,**

    **Defendants.**

_____

**J.P.,**

    **Plaintiff,**

v.                                            Case No. 4:20-cv-317-AW-MAF

**UNITED STATES OF AMERICA,**
**et al.,**

    **Defendants.**

_____/

## ORDER EXTENDING STAY AND DENYING MOTIONS TO DISMISS

This order confirms the rulings from today's telephonic hearing. The case will be stayed for 60 days. No later than June 17, 2022, Plaintiffs must file status reports.

Based on the settlements, the government's motions to dismiss (4:20-cv-283 ECF No. 15; 4:20-cv-317 ECF No. 12) are DENIED as moot.

The clerk will file this order in Case No. 4:20-cv-283 only.

1

SO ORDERED on April 18, 2022.

                                                                        s/ *Allen Winsor*
                                                                        United States District Judge