**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**J.C.,**

     **Plaintiff,**

**v.**                                                                          **Case No. 4:20-cv-283-AW-MAF**

**UNITED STATES OF AMERICA, et al.,**
     **Defendants.**

_____

**J.P.,**

     **Plaintiff,**

**v.**                                                                          **Case No. 4:20-cv-317-AW-MAF**

**UNITED STATES OF AMERICA, et al.,**
     **Defendants.**

_____/

## <u>JUDGMENT</u>

    Based on Federal Rule of Civil Procedure 54(b) and the parties settlement, Plaintiffs claims against Defendants Jones, Coil, Proffitt, Brown, Pulido, and the United States of America are dismissed with prejudice.

                                              JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

<u>May 3, 2022</u>                                            <u>s/ KELLI MALU</u>
Date                                                               Deputy Clerk: Kelli Malu