IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J.C.,

      Plaintiff,

v.                                  Case No. 4:20-cv-00283-AW-MAF

UNITED STATES OF AMERICA,
et al.,

      Defendants,

_____

J.P.,

      Plaintiff,

v.                                  Case No. 4:20-cv-00317-AW-MAF

UNITED STATES OF AMERICA,
et al.,

      Defendants.

_____/

## **PLAINTIFF'S NOTICE OF FILING STATUS REPORT**

COMES NOW, the Plaintiff, J.C., J.P., by and through the undersigned counsel, hereby file the Status Report [per DOC. 83], and states the following:

1. Settlement has not been fully resolved in this matter.

2. The parties are waiting on the payment from the Department of Justice to be tendered.

3. The case requires an additional sixty (60) day stay to allow the parties enough time to fully resolve this matter.

*/s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN 0263680)
RYAN J. ANDREWS (FBN 104703)
The Andrews Law Firm
822 N Monroe St
Tallahassee, FL 32303
T: (850) 681-6416
service@andrewslaw.com
ryan@andrewslaw.com

*/s/Jay T. McCamic*
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
Calwell Luce diTrapano, PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com
Benjamin Adams, Esq. (WSB# 11454)
badams@cldlaw.com
Alex McLaughlin, Esq. (WVSB# 9696)
amclaughlin@cldlaw.com

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served through the CM/ECF Portal and or electronic mail, on this 21st day of June, 2022, to:

Marie A. Moyle, Esq.
Kathryn W. Drey, Esq.
Mary Ann Couch, Esq.
Office of the United States Attorney
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
marie.moyle@usdoj.gov
kathryn.drey@usdoj.gov
mary.ann.couch@usdoj.gov

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS

3