IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**J.C.,**

    **Plaintiff,**

v.                                          Case No. 4:20-cv-283-AW-MAF

**UNITED STATES OF AMERICA,**
**et al.,**

    **Defendants.**

_____

**J.P.,**

    **Plaintiff,**

v.                                          Case No. 4:20-cv-317-AW-MAF

**UNITED STATES OF AMERICA,**
**et al.,**

    **Defendants.**

_____/

## ORDER REGARDING STATUS

The court earlier entered judgment dismissing Plaintiffs' claims against the United States of America and Defendants Jones, Coil, Proffitt, Brown, and Pulido. No. 4:20-cv-283 ECF No. 84; 4:20-cv-317 ECF No. 41). Plaintiffs filed a status report (No. 4:20-cv-283 ECF No. 86), indicating that payment as to that settlement was still forthcoming. At the last hearing, counsel indicated Plaintiff would not likely continue against the remaining defendants. The status report, though, does not address that issue.

1

No later than July 29, Plaintiffs must either file a notice indicating they are abandoning those claims or take some action to move them forward. If Plaintiffs do neither, the remaining claims will be dismissed without prejudice.

The clerk will file this in both cases.

SO ORDERED on July 22, 2022.

s/ *Allen Winsor*
United States District Judge
