IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J.C.,

    **Plaintiff,**

v.                                        Case No. 4:20-cv-00283-AW-MAF

**OFFICER JIMMY HIGHSMITH,
NAKAMOTO GROUP, INC.,**

    **Defendants.**

_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), S.P., by and through undersigned counsel, files her Motion for Voluntary Dismissal and represent as follows:

1. The Complaint in this matter was filed on May 29, 2020, in the United States District Court for the Northern District of Florida.

2. The Parties have reached a mutually agreeable resolution to matter.

3. Plaintiff, J.C., respectfully moves this Court to dismiss her suit against all Defendants, to-wit: Officer Jimmy Highsmith; and Nakamoto Group, Inc., with all parties bearing their respective costs and expenses.

4. Plaintiff files this Motion for Voluntary Dismissal with prejudice.

*/s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN 0263680)
RYAN J. ANDREWS (FBN 104703)
The Andrews Law Firm
822 N Monroe St
Tallahassee, FL 32303
T: (850) 681-6416
service@andrewslaw.com
ryan@andrewslaw.com

*/s/Jay T. McCamic*
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
Calwell Luce diTrapano, PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com
Benjamin Adams, Esq. (WSB# 11454)
badams@cldlaw.com
Alex McLaughlin, Esq. (WVSB# 9696)
amclaughlin@cldlaw.com

2

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served through the CM/ECF Portal and or electronic mail, on this 1st day of August, 2022, to:

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS
